UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-cv-23940-BLOOM/Elfenbein

VICTOR ARIZA,

    Plaintiff,

v.

ECCO RETAIL LLC,
A foreign limited liability
company,

    Defendant
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the Plaintiff's Notice of Voluntary Dismissal, ECF No. [9] ("Notice"), filed on December 3, 2024. The Court has carefully reviewed the Notice, the record in this case, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice, **ECF No. [9]**, is **APPROVED** and **ADOPTED**;

2. The above-styled case is **DISMISSED WITH PREJUDICE**;

3. Each party shall bear its own attorneys' fees and costs;

4. To the extent not otherwise disposed of, all pending motions are denied as **MOOT** and all deadlines are **TERMINATED**;

5. The Clerk of Court is directed to **CLOSE** this case.

Case No. 24-cv-23940-BLOOM/Elfenbein

**DONE AND ORDERED** in Chambers at Miami, Florida, on December 3, 2024.

                                                                    **BETH BLOOM**
                                                                    **UNITED STATES DISTRICT JUDGE**

Copies to:      Counsel of Record